## McConn *v.* Commonwealth of Pennsylvania, Department of Highways, Appellant.

Argued November 15, 1967; reargument refused December 26, 1967. *Davis G. Yohe,* with him *David G. Senger* and *Guy S. Mamolito,* Assistant Attorneys General, *John R. Rezzolla,* Deputy Attorney General, and *William C. Sennett,* Attorney General, for Department of Highways, appellant; *Francis H. Patrono,* with him *Robert D. Beck,* and *Patrono, Ceisler and Edwards,* for appellees.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.